1   LAWRENCE G. BROWN
    Acting United States Attorney
2   MARY L. GRAD
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  CR. No. 2:08-CR-212-LKK
                                   )
12                   Plaintiff,    )  STIPULATION AND ORDER
                                   )  CONTINUING STATUS CONFERENCE
13  v.                             )  DATE
                                   )
14  JUSTIN DANIEL WITT,            )
                                   )
15                   Defendant.    )
                                   )
16  _____)

17

18      It is hereby stipulated between the United States, through its

19  undersigned counsel Assistant U.S. Attorney Mary L. Grad and the

20  defendant Justin Daniel Witt, through his undersigned counsel, that

21  the status conference presently set for April 24, 2009 by **continued**

22  **to May 5, 2009 at 9:15 a.m.**, and placed on the court's calendar for

23  Change of Plea for that date.

24      Counsel for defendant is not available on April 24, 2009, and

25  also needs time to review the plea agreement with the defendant.  The

26  parties further stipulate that the interests of justice served by

27  granting this continuance outweigh the best interests of the public

28  and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(8)(B)(iv)

                                   1

1  (local code T-4) and time, therefore, will be excluded from April 24,

2  2009 through May 5, 2009.

3

4                                          LAWRENCE G. BROWN
                                            Acting United States Attorney

5
   Date:  April 20, 2009              /s/ Mary L. Grad
6                                      By: MARY L. GRAD
                                       Assistant United States Attorney

7

8

9                                      /s/ Ronald Peters
                                       Counsel for Justin Daniel Witt
10

11

12  SO ORDERED.

13

14  Date: April 21, 2009

15                                     LAWRENCE K. KARLTON
                                       SENIOR JUDGE
16                                     UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28