HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUSTIN DANIEL WITT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN DANIEL WITT,<br><br>    Defendant. | No.  CR. S-08-212 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable TROY L. NUNLEY |

Defendant, JUSTIN DANIEL WITT by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On October 6, 2009, this Court sentenced Mr. Witt to a term of 120 months imprisonment;

3. His total offense level was 33, his criminal history category was III, the resulting guideline range was 168 to 210 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Witt was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Witt's total offense level has been reduced from 33 to 31, and his amended guideline range is 135 to 168 months; a reduction comparable to the one received at the initial sentencing would produce a term of 96 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Witt's term of imprisonment to 96 months;

Respectfully submitted,

Dated:  May 20, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/  Jason Hitt 
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   May 20, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ David M. Porter 
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
JUSTIN DANIEL WITT

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Witt is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 135 to 168 months. A reduction comparable to the one received at the initial sentencing would produce a term of 96 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2009 is reduced to a term of 96 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

1   reduction in sentence, and shall serve certified copies of the amended judgment on the United
2   States Bureau of Prisons and the United States Probation Office.
3          Unless otherwise ordered, Mr. Witt shall report to the United States Probation Office
4   within seventy-two hours after his release.
5   Dated:   May 21, 2015

                                                      _____
                                                      Troy L. Nunley
                                                      United States District Judge